**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6745**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY CHRISTOPHER CHRISTIAN, a/k/a Leroy,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. William L. Osteen, Sr., District Judge. (CR-91-230-WS, CA-96-603-6)

———————————

Submitted:  July 24, 1997          Decided:  August 7, 1997

———————————

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Anthony Christopher Christian, Appellant Pro Se.  Lisa Blue Boggs, Assistant United States Attorney, Robert Michael Hamilton, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Christian, Nos. CR-91-230-WS; CA-96-603-6 (M.D.N.C. Apr. 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2